IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01476–ZLW–KMT

GERARD M. VUOLO,

      Plaintiff,

v.

GARFEILD COUNTY SHERRIFS,
SHERIFF LOU VALLARIO,
GLENWOODSPRINGS POLICE DEPT.,
OFFICER LA ROCHA,
OWNERS (UNKNOWN) OF BUSINESS "SMOKERS FREINDLY", and
POLICE CHIEF TERRY WILSON,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants Glenwood Springs Police Department, Officer La Rocha, and Police Chief Terry Wilson's "Unopposed Motion to Vacate Scheduling Conference" (#34, filed September 14, 2009) is GRANTED. The Scheduling Conference currently set for September 21, 2009 is VACATED to be reset, if necessary, following ruling on the motions to dismiss.

Dated: September 16, 2009