IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01476–ZLW–KMT

GERARD M. VUOLO,

      Plaintiff,

v.

GARFEILD COUNTY SHERRIFS,
SHERIFF LOU VALLARIO,
GLENWOODSPRINGS POLICE DEPT.,
OFFICER LA ROCHA,
OWNERS (UNKNOWN) OF BUSINESS "SMOKERS FREINDLY", and
POLICE CHIEF TERRY WILSON,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

In light of the court's recommendation that Defendants Glenwood Springs Police Department, Garfield County Sheriff's Department, Police Chief Terry Wilson and Sheriff Lou Vallario be dismissed (#40, filed October 1, 2009), "Defendant Wilson's Motion to Stay Discovery Pending Qualified Immunity Determination" (#31, filed August 31, 2009) is **GRANTED**. All discovery is **STAYED** as to Defendants Glenwood Springs Police Department, Garfield County Sheriff's Department, Police Chief Terry Wilson and Sheriff Lou Vallario.

Dated: October 2, 2009